**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rolando Rosa GARCIA, Defendant–Appellant.**

No. 04–40273.

**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided June 22, 2005.

James Lee Turner, Julia Bowen Stern, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Kimberly S. Keller, The Keller Group, San Antonio, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

██ Rolando Rosa Garcia appeals his conviction and sentence following a jury trial for conspiring to possess with intent to distribute 96 kilograms of marijuana and possession of the same. This court will not address Garcia's argument, raised for the first time on appeal, that he was denied effective assistance of counsel because counsel failed to file timely objections to the Presentence Report. *See United States v. Miller,* 406 F.3d 323, 335–36 (5th Cir.2005). Further, Garcia fails to meet his burden of showing that the district court's sentence, which was determined by applying enhancements under the Guidelines, was plain error under *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). *Miller,* 406 F.3d at 336–37; *United States v. Mares,* 402 F.3d 511, 520 (5th Cir.2005), *petition for cert. filed* (Mar. 31, 2005) (No. 04–9517).

Without prejudice to Garcia's right to claim ineffective assistance of counsel in a 28 U.S.C. § 2255 motion, the judgment of the district court is AFFIRMED.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.